ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

FILED

05 SEP -7 PM 12:19

3:05CV7362

NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| MICHAEL J. MIMS, ) | Case No._____ |
| ) | |
| Plaintiff, ) | Judge JUDGE DAVID A. KATZ |
| ) | |
| V. ) | Magistrate_____ |
| ) | |
| ) | |
| ANDREW BRYSON, in his individual ) | |
| capacity; ) | |
| Marion Juvenile Correctional Facility ) | |
| 332 Marion Williamsport Road ) | |
| Marion, Ohio 43302 ) | |
| And ) | |
| ) | |
| WILLIAM CARTER, in his individual ) | |
| capacity; ) | |
| Marion Juvenile Correctional Facility ) | |
| 332 Marion Williamsport Road ) | |
| Marion, Ohio 43302 ) | |
| ) | |
| ) | |
| And ) | |
| ) | |
| GREGORY SMITH, in his individual ) | |
| capacity, ) | |
| Marion Juvenile Correctional Facility ) | |
| 332 Marion Williamsport Road ) | |
| Marion, Ohio 43302 ) | |

**MOTION FOR PERMISSION TO PARTICIPATE IN A PARTICULAR CASE AND
ADMISSION *PRO HAC VICE***

Now Comes Attorney Sharon A. Hicks, on behalf of Michael J. Mims, and seeks permission in the above titled cause of action to appear and participate as counsel of record.

In support of this motion, counsel states as follows:

    IT IS SO ORDERED.

/s/ Vernelis K. Armstrong
Vernelis K. Armstrong
U. S. Magistrate Judge