IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL J. MIMS,

                Plaintiff,         Case No. 3:05 CV 7362

-vs-                                    DISMISSAL ORDER

ANDREW BRYSON, etc., et al.,

                Defendant.

KATZ, J.

     Upon representation of counsel that the cause of action has been settled between the parties,

     IT IS ORDERED, that the docket be marked "Settled and dismissed without prejudice."

     FURTHER ORDERED that each party is to bear its own costs.

     Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order. The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. Alternatively, the Court retains jurisdiction to interpret and/or enforce the settlement agreement reached between the parties.

                                                        s/ *David A. Katz*
                                                        DAVID A. KATZ
                                                        SENIOR U. S. DISTRICT JUDGE