IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. MIMS, | : | |
| | : | CIVIL CASE NO. 3:05CV7362 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | MAGISTRATE JUDGE V. ARMSTRONG |
| ANDREW BRYSON, *et al.,* | : | |
| | : | |
| Defendants. | : | |

**PROPOSED STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come all parties, jointly, by and through respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1) stipulate to a dismissal of the instant action <u>with</u> <u>prejudice</u>, as the parties have reached a settlement. This Entry shall supersede the Court's previous dismissal order dated March 8, 2006. (Doc. 13). Parties to bear their own costs. Final.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General

s/SHARON A. HICKS (per phone consent)    s/BRUCE D. HORRIGAN
SHARON A. HICKS (0076178)                BRUCE D. HORRIGAN (0047170)
Attorney at Law                          Assistant Attorney General
P.O. Box 21556                           615 West Superior Ave., 11th Floor
Columbus, Ohio 43221                     Cleveland, Ohio 44113
                                         bhorrigan@ag.state.oh.us
(614) 488-6280                           (216) 787-3030
                                         (216) 787-3480 Fax

Attorney for Plaintiff                   Attorney for Defendants


IT IS SO ORDERED,

_____                              _____
DATE                                     MAGISTRATE JUDGE V. ARMSTRONG

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Proposed Stipulation for Dismissal with Prejudice* was electronically filed this 19th day of October, 2006. Parties may access this filing through the Court's electronic filing system.

          s/BRUCE D. HORRIGAN
          BRUCE D. HORRIGAN (0047170)
          Assistant Attorney General