IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. MIMS, | : | |
| | : | CIVIL CASE NO. 3:05CV7362 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| fendants. | : | |

**PROPOSED STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come all parties, jointly, by and through respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1) stipulate to a dismissal of the instant action <u>with</u> <u>prejudice</u>, as the parties have reached a settlement. This Entry shall supersede the Court's previous dismissal order dated March 8, 2006. (Doc. 13). Parties to bear their own costs. Final.

                                                             Respectfully submitted,

                                                             JIM PETRO (0022096)
                                                             Attorney General

| | |
|---|---|
| s/SHARON A. HICKS (per phone consent) | s/BRUCE D. HORRIGAN |
| SHARON A. HICKS (0076178) | BRUCE D. HORRIGAN (0047170) |
| Attorney at Law | Assistant Attorney General |
| P.O. Box 21556 | 615 West Superior Ave., 11th Floor |
| Columbus, Ohio 43221 | Cleveland, Ohio 44113 |
| | bhorrigan@ag.state.oh.us |
| (614) 488-6280 | (216) 787-3030 |
| | (216) 787-3480 Fax |
| Attorney for Plaintiff | Attorney for Defendants |

                                                             IT IS SO ORDERED,

| | |
|---|---|
| 10/23/2006 | /s/ David A. Katz |
| DATE | JUDGE |